UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEARNEY,<br>Plaintiff,<br>v.<br>ROW HOUSE FRANCHISING, LLC, A VIRGINIA ENTITY, D/B/A WWW.THEROWHOUSE.COM,<br>Defendant. | Case No. 5:25-cv-02081-SSS (DTBx)<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (BY MORE THAN 30 DAYS) (Doc. #14)** |

On October 31, 2025, the Parties filed a Stipulation to Extend the Time for Defendant to Respond to the Initial Complaint by More than 30 Days (the "Stipulation") (Doc. #14).

The Parties have reached a settlement in principle and therefore request an additional 30-day extension for Defendant to respond to the Complaint so that the Parties can effectuate the terms of the settlement. The current response date is November 5, 2025 and the proposed stipulated new response date is December 5, 2025. The Parties previously stipulated to one 30-day extension on October 2, 2025 (Doc. #11).

The Court, having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendant Row House Franchising, LLC, d/b/a www.therowhouse.com shall file its response to the Complaint no later than December 5, 2025.

IT IS SO ORDERED.

Dated: November 3, 2025

SUNSHINE S. SYKES
United States District Judge